TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00203-CV

In the Matter of B. M.

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 623, HONORABLE JOE B. DIBRELL, JR., JUDGE PRESIDING 

PER CURIAM

 Appellant B. M. appeals from the trial court's order of probation. Because
appellant has failed to file a brief, we will dismiss the appeal for want of prosecution. See Tex.
R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on June 5, 1998. 
Accordingly, appellant's brief was due on Monday, July 6. See id. 38.6(a)(1). By letter dated
July 15, the Clerk of this Court notified the parties that appellant's brief was overdue and that the
appeal was subject to dismissal unless appellant tendered a motion for extension of time reasonably
explaining the failure to file a brief.

 Appellant's Motion for Extension of Time to File Appellant's Brief was filed by
this office on July 23. Notice of the $10.00 fee due for filing appellant's motion was sent to the
parties on July 28. By letter dated August 17, the Clerk of this Court again notified the parties
that appellant's fee on the motion for extension was due and that the appeal was subject to
dismissal for want of prosecution unless appellant tendered payment of the $10.00 fee on the
motion for extension filed July 23 and tendered appellant's brief by Thursday, August 27. See id.
38.8(a), 42.3(b). Thus far, appellant has submitted neither a brief nor the $10.00 fee due on 
appellant's motion for extension of time to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
Id. 42.3(b).

 Appellant's motion for extension of time to file a brief is dismissed.

Before Justices Powers, Aboussie and Kidd

Dismissed for Want of Prosecution

Filed: September 17, 1998

Do Not Publish